CROMPTON v. SEAICH. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by William Crompton against William H. Seaich. P. P. Safford, of New York City, for plaintiff. A. G. Fox, of New York City, for defendant. No opinion. Exceptions overruled, and judgment ordered for de-

fendant on dismissal of complaint, with costs. Settle order on notice. See, also, 143 App. Div. 284, 128 N. Y. Supp. 586.